UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUSAN CHRISTINE BANKS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

CASE NO. 13-cv-05322 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation (R&R) of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, and finding no objections to the R&R does hereby find and **ORDER**:

(1)     The R&R is **ADOPTED**;

(2)     The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration; and

(3)     **JUDGMENT** is for plaintiff and the case should be closed.

Dated this 12th day of May, 2014.

                                                      */s/ Benjamin H. Settle*
                                                BENJAMIN H. SETTLE
                                                United States District Judge

ORDER